No. 04–6779. LAW v. KELLY, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certiorari denied.

No. 04–6782. MENSCH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–6785. ROBISON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–6786. SCHEANETTE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–6789. STRONG v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 04–6793. FRAZIER v. BAGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6799. FRANKLIN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–6802. HUMPHREY v. PHARM CHEMICAL LABORATORY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–6804. POLONCZYK v. POLONCZYK ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–6807. JIN WAI, AKA CHU v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6809. WILSON v. PEGUESE, WARDEN. Ct. Sp. App. Md. Certiorari denied.

No. 04–6814. SAMPSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–6817. BOATMAN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–6819. COBB v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT, DIVISION FIVE. Sup. Ct. Cal. Certiorari denied.